UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBBLER NEVADA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DOE-68.7.61.76,<br><br>    Defendant. | Case No. 15-CV-2031-GPC (JMA)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO ISSUE SUBPOENA**<br><br>**[ECF No. 7]** |

    Before the Court is an Ex Parte Motion for Leave to Issue Subpoena filed by Plaintiff Cobbler Nevada, LLC ("Plaintiff").  (ECF No. 7.)  Plaintiff's motion is **GRANTED**.  Plaintiff is hereby granted leave to issue a deposition subpoena pursuant to Fed. R. Civ. P. 45 upon Mike Jardel, identified by Cox Communications as the subscriber for IP address 68.7.61.76.

    Plaintiff's request for additional time to serve the summons and complaint must be made by filing a separate motion before the Honorable Gonzalo P. Curiel.

    **IT IS SO ORDERED.**

DATED:  January 21, 2016

                                                  Jan M. Adler
                                                  U.S. Magistrate Judge