UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBBLER NEVADA, LLC,<br><br>             Plaintiff,<br><br>v.<br><br>DOE-68.7.61.76,<br><br>             Defendant. | Case No. 15-CV-2031-GPC (JMA)<br><br>**ORDER DENYING JOINT MOTION ON STIPULATED CONSENT JUDGMENT WITHOUT PREJUDICE**<br><br>**[ECF No. 14]** |

Before the Court is a Joint Motion for Stipulated Consent Judgment. (ECF No. 14.) The motion is **DENIED WITHOUT PREJUDICE** for the following reasons:

1.  The parties and counsel must execute the attached Consent to Exercise of Jurisdiction by a United States Magistrate Judge form in order for the undersigned to conduct all proceedings in this case, including the order of entry of a final judgment. The form should be emailed to efile_adler@casd.uscourts.gov once fully executed.

2.  The Court has concerns about the broad terms of the proposed permanent injunction. Under 17 U.S.C. § 502, a court may grant temporary and final injunctions in a copyright infringement action "on such terms as it may deem reasonable to prevent or restrain infringement of a copyright." 17 U.S.C. § 502(a). Here, the parties seek an injunction which

permanently enjoins Mike Jardel, the user of Defendant IP address 68.7.61.76, from infringing Plaintiff's rights in *all* of its owned or branded motion pictures, when only one motion picture is at issue in this litigation, *The Cobbler*.  Additionally, the parties seek an injunction which requires Mr. Jardel to "immediately delete . . . any and all BitTorrent clients on any computer(s) he owns or controls together with all other software used to obtain media through the Internet by BitTorrent peer-to-peer transfer or exchange" (see Stipulated Consent Judgment at 4), which fails to recognize that BitTorrent may be used for both proper and improper purposes.  The parties have provided no authority to the Court that the remedies sought are "reasonable."  Absent such authority, it is the Court's view that the terms of the proposed injunction go beyond what may be deemed reasonable under 17 U.S.C. § 502(a) to prevent or restrain infringement of a copyright.

Accordingly, Plaintiff shall file supplemental briefing, with citations to authority, supporting its position that the Court may enter the proposed injunction, which appears to seek broader relief than the Court could award following a trial.  In lieu of supplemental briefing, the parties may file a new joint motion which seeks the entry of a narrower stipulated consent judgment which addresses the Court's concerns.  Plaintiff's supplemental briefing, or a revised joint motion on stipulated consent judgment, must be filed on or before March 18, 2016.

**IT IS SO ORDERED.**

DATED:  March 4, 2016

Jan M. Adler
U.S. Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COBBLER NEVADA, LLC,<br>　　　　　　　　　Plaintiff,<br>v.<br>DOE-68.7.61.76,<br>　　　　　　　　　Defendant. | **CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE**<br><br>Case No.: 15cv2031 GPC (JMA) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby waive their right to proceed before a judge of the United States District Court, and voluntarily consent to have United States Magistrate Judge Jan M. Adler conduct any proceedings in the case, including the trial, and order the entry of a final judgment.

Signature: _____

Print Name: _____
Plaintiff COBBLER NEVADA, LLC

Date: _____

Signature: _____

Print Name: _____
Mike Jardel

Date: _____

Signature: _____

Print Name: _____
Attorney for Plaintiff COBBLER NEVADA, LLC

Date: _____

Signature: _____

Print Name: _____
Attorney for Mike Jardel

Date: _____

**ORDER OF REFERENCE**

**IT IS HEREBY ORDERED** that this case be referred to the Honorable Jan M. Adler, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), FRCP 73 and the foregoing consent of the parties.

_____    _____
Date                                              United States District Judge